NO. 07-08-0188-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

AUGUST 7, 2008

_____

IN THE MATTER OF THE MARRIAGE OF
RUTH ANN THOMPSON AND ROY GLENN THOMPSON

_____

FROM THE 242ND DISTRICT COURT OF SWISHER COUNTY;

NO. B10861-0604; HONORABLE ED SELF, JUDGE

_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Pending before this Court is a joint motion for dismissal of the appeal of the parties' final decree of divorce. By the motion, the parties represent they have entered into a settlement agreement, and the motion is signed by both parties' counsel. The motion is accompanied by a copy of the parties' Rule 11 agreement. The parties request that mandate issue immediately in order to effectuate their settlement agreement. Without passing on the merits of the appeal, we grant the motion and dismiss the appeal. Tex. R.

App. P. 42.1(a).  No motion for rehearing will be entertained and our mandate will issue forthwith.

Patrick A. Pirtle
Justice